**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 02-cr-00149-WDM-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANIEL KETELSEN,

    Defendant.

---

ORDER QUASHING WARRANT AND TERMINATING SUPERVISED RELEASE

---

The Court having been notified by the Probation Office that on June 11, 2010, the above-referenced defendant was declared deceased,

ORDERS that the supervised release violation warrant which was issued on June 14, 2010, be quashed and that the defendant's term of supervised release be terminated.

DATED at Denver, Colorado, this 4th day of August, 2010.

BY THE COURT:

_____
Walker D. Miller
Senior United States District Judge